UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 23, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL ESCOBAR-CHAVEZ<br><br>Defendant. | Case No. 2:25-mj-0167 CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGEL ESCOBAR-CHAVEZ Case No. 2:25-mj-0167 CKD  Charges 8 USC § 1326 from custody for the following reasons:

**X**   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): Released FORTHWITH on conditions.

Issued at Sacramento, California on October 23, 2025 at 2:08 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney